FILED
2017 Mar-01 PM 02:05
U.S. DISTRICT COURT
N.D. OF ALABAMA

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA

| | | |
|---|---|---|
| Jimmy Wayne Marlowe, | ) | **Summons** |
| Virginia Lightsey Marlowe | ) | (Issued pursuant to Rule 4 of |
| Plaintiff, | ) | the Federal Rules of Civil |
| | ) | Procedure or other appropriate |
| v. | ) | law.) |
| | ) | CIVIL ACTION CASE NUMBER: 1:17-cv-00309-SGC |
| United States of America | ) | |
| Defendant. | ) | |

**Summons in a Civil Action**

To: *(Defendant's name and address)*   United States of America
Joyce White Vance, U.S. Attorney
Northern District of Alabama
1801 Fourth Avenue North
Birmingham, AL 35203-2101

NOTE: A separate summons must be
prepared for each defendant.

A lawsuit has been filed against you.

Within ~~21~~ 60 days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

Steve Tipler
Tipler Law Offices
104 23rd Street South, Suite 100
Birmingham, AL 35233
(205) 328-6800

If you fail to do so, judgment by default may be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

DATE: **MAR 0 1 2017**

SHARON N. HARRIS, CLERK

By: *Kayla Bauman*
Deputy Clerk

(SEAL OF COURT)

SEE REVERSE SIDE FOR RETURN

NORTHERN DISTRICT OF ALABAMA
1729 5th Avenue North
Birmingham, Alabama 35203

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA

| | | |
|---|---|---|
| Jimmy Wayne Marlowe,<br>Virginia Lightsey Marlowe<br>Plaintiff,<br><br>v.<br><br>United States of America<br>Defendant. | ) ) ) ) ) ) ) ) ) ) | **Summons**<br>(Issued pursuant to Rule 4 of<br>the Federal Rules of Civil<br>Procedure or other appropriate<br>law.)<br><br>CIVIL ACTION CASE NUMBER: 1:17-cv-00309-SGC |

**Summons in a Civil Action**

To: *(Defendant's name and address)*    United States of America
Jeff Sessions, U.S. Attorney General
United States Department of Justice
950 Pennsylvania Ave NW
Washington D.C. 20530-0001

NOTE: A separate summons must be
prepared for each defendant.

A lawsuit has been filed against you.

Within _21 60_ days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

Steve Tipler
Tipler Law Offices
104 23rd Street South, Suite 100
Birmingham, AL 35233
(205) 328-6800

If you fail to do so, judgment by default may be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

DATE: **MAR 0 1 2017**

SHARON N. HARRIS, CLERK

By: *Kayla Bauman*
Deputy Clerk
(SEAL OF COURT)

SEE REVERSE SIDE FOR RETURN

NORTHERN DISTRICT OF ALABAMA
1729 5th Avenue North
Birmingham, Alabama 35203