FILED
2017 May-17 PM 03:16
U.S. DISTRICT COURT
N.D. OF ALABAMA

## UNITED STATES DISTRICT COURT

Northern District of Alabama
Office of the Clerk
Room 140, 1729 5th Avenue North
Birmingham, Alabama 35203
(205) 278-1700

Sharon N. Harris　　　　　　　　　　　　　　　　　　　　　　　　　　Joe Musso
Clerk　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Chief Deputy

| | |
|---|---|
| Jimmy Wayne Marlowe, et al } | |
| Plaintiff(s) } | |
| v. } | Case Number:   1:17-309-VEH |
| } | |
| United States of America, } | |
| Defendant(s) } | |

### NOTICE OF REASSIGNMENT

The parties having not unanimously consented to the dispositive jurisdiction by a Magistrate Judge, the above styled civil action has been randomly reassigned to the Honorable Virginia Emerson Hopkins. Please use case number 1:17-cv-309-VEH on all subsequent pleadings.

DATED: May 17, 2017

　　　　　　　　　　　　　　　　　　　　　　　　SHARON N. HARRIS, CLERK

　　　　　　　　　　　　　　　　　　　　　　　　By:____Maire Read_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　　Deputy Clerk

SNH: MRR

xc:　　Judges
　　　　Counsel