# Attachment 1

## Timeline of Events

