# Attachment 2

VA Primary Care Note of Mar. 14, 2014

Filed Under Seal Pursuant to Order of November 13, 2018, (ECF No. 29).