FILED
2018 Dec-03  AM 10:23
U.S. DISTRICT COURT
N.D. OF ALABAMA

# Attachment 3

VA Primary Care Notes of Feb. 5, 2013; & Nov. 8, 2011

<p style="text-align:center;font-size:2em;margin-top:30%;">Filed Under Seal Pursuant to Order of November 13, 2018, (ECF No. 29).</p>