# Attachment 4

Podiatrist Notes of Feb. 24, 2014; July 15, 2013; Oct. 15, 2012; May 14, 2012; and Feb. 27, 2012

Filed Under Seal Pursuant to Order of November 13, 2018, (ECF No. 29).