FILED
2018 Dec-03  AM 10:23
U.S. DISTRICT COURT
N.D. OF ALABAMA

# Attachment 9

Dr. Bowman Note of May 15, 2014

Filed Under Seal Pursuant to Order of November 13, 2018, (ECF No. 29).