# Attachment 10

Dr. Pinson Note of June 2, 2014

# Filed Under Seal Pursuant to Order of November 13, 2018, (ECF No. 29).