FILED
2018 Dec-03  AM 10:23
U.S. DISTRICT COURT
N.D. OF ALABAMA

# Attachment 11

Deposition Transcript of Dr. Pinson

```
                                                    1
 1          IN THE UNITED STATES DISTRICT COURT
 2          FOR THE NORTHERN DISTRICT OF ALABAMA
 3                    SOUTHERN DIVISION
 4
 5  JIMMY WAYNE MARLOWE,
 6
 7      Plaintiff,
 8                              CIVIL ACTION NO.:
 9      VS.                     1:17-CV-00309-VEH
10
11  UNITED STATES OF AMERICA,
12
13      Defendant.
14
15      VIDEOTAPED DEPOSITION OF DR. WALTER PINSON
16
17          Taken pursuant to Federal Rules of Civil
18  Procedure before KAREN DAVIS, CCR, Certified Court
19  Reporter and Commissioner for Alabama at Large, at the
20  Craddock Health Center, 209 West Spring Street, Suite
21  200, Sylacauga, Alabama, on Thursday, May 31, 2018,
22  commencing at 2:10 p.m.
23
24
25
```

```
                                                    2
 1              A P P E A R A N C E S:
 2
 3  APPEARING ON BEHALF OF THE PLAINTIFF:
 4      Mr. Steven D. Tipler
 5      Tipler Law Offices
 6      104 23rd Street South, Suite 100
 7      Birmingham, Alabama  35233
 8      (205) 328-6800 * steventipler@gmail.com
 9
10
11  APPEARING ON BEHALF OF THE DEFENDANT:
12      Ms. Sarah Wilson
13      Mr. Jason Cheek
14      Assistant United States Attorneys
15      1801 Fourth Avenue North
16      Birmingham, Alabama  35203
17      (205) 244-2104 * Jason.Cheek@usdoj.gov
18      (205) 244-2140 * Sarah.Wilson2@usdoj.gov
19
20
21  ALSO PRESENT:  Paige Byrd, Videographer
22
23
24
25
```

```
                                                    3
 1                    I N D E X
 2
 3  EXAMINATION BY:                         PAGE NO.
 4  Ms. Wilson                              4, 40
 5  Mr. Tipler                              23
 6
 7                  E X H I B I T S
 8
 9  PLAINTIFF'S EXHIBIT NO.                 MARKED
10   1    Doctor's note dated 2/3/14        24
11   2    Doctor's note dated 6/2/14        27
12   3    Doctor's note dated 6/11/14       29
13   4    Doctor's note dated 7/16/14       34
14
15  DEFENDANT'S EXHIBIT NO.                 MARKED
16   (None offered.)
17
18
19
20
21
22
23
24
25
```

```
                                                    4
 1          VIDEOGRAPHER:  We now commence the videotaped
 2      deposition in the United States District Court for
 3      the Northern District of Alabama, Southern
 4      Division, in the matter of Jimmy Wayne Marlowe, et
 5      al., vs. United States of America, Case No.
 6      117-CV-00309-VEH.
 7          Our witness today is Dr. Walter Pinson, III.
 8      Today's date is May 31st, 2018.  The time is 2:10
 9      p.m.  We are located at the Craddock Health Center
10      in Sylacauga, Alabama.  Will all attorneys present
11      please state their names and whom they represent.
12          MS. WILSON:  Sarah Wilson on behalf of the
13      United States.
14          MR. CHEEK:  Jason Cheek on behalf of the
15      United States.
16          MR. TIPLER:  Steve Tipler on behalf of Mr.
17      Marlowe and his wife.
18          VIDEOGRAPHER:  You may swear the witness.
19          D R.   W A L T E R   P I N S O N,
20  Having been duly sworn, testifies as follows:
21  EXAMINATION BY MS. WILSON:
22      Q.   Good afternoon, Dr. Pinson.  I first thank
23  you so much for being here today with us and taking
24  some time to talk to us about this case.  I'm Sarah
25  Wilson, I'm one of the attorneys that represents the
```

5

```
 1  United States in this case.  For the record, can you go
 2  ahead and just state your full name?  Can you state
 3  your full name?
 4      A.   Walter Pierce Pinson.
 5      Q.   And what's your profession?
 6      A.   Internal medicine.
 7      Q.   What does an internal medicine doctor do?
 8      A.   A physician that specializes in medicine that
 9  does not include surgery or Ob/Gyn or pediatrics.  It's
10  focused on nonsurgical practice of medicine, deal --
11      Q.   Do -- I didn't mean to interrupt.
12      A.   Dealing with a number of issues.  Metabolic,
13  endocrine, renal, cardiovascular, etc.
14      Q.   Do you hold any medical licenses?
15      A.   Yes.
16      Q.   Can you tell us what those are?
17      A.   Well, I was licensed in the state of South
18  Carolina and in the state of Alabama.
19      Q.   And how long have you had your license in
20  Alabama?
21      A.   I think 1972.
22      Q.   And how about South Carolina?  When did you
23  get that license?
24      A.   1967.
25      Q.   And it's now lapsed?  Is it active?
```

6

```
 1      A.   No.  I haven't practiced in South Carolina.
 2      Q.   Do you have any board certifications?
 3      A.   Internal Medicine.
 4      Q.   And how long have you been Board Certified in
 5  Internal Medicine?
 6      A.   I think it was '72 or '3.  I don't know
 7  exactly.
 8      Q.   How many patients are under your care?
 9      A.   I don't know.  It would be a guess now.  I've
10  cut my practice down a lot in the last two -- I guess
11  two, two and a half, three years.  I work about maybe
12  four and a half days a week.  I don't do hospital
13  medicine anymore.  I don't go to the nursing home
14  anymore.  I restrict the number of patients I see and
15  just cut down probably half of what I used to do.
16      Q.   Approximately how many patients do you see on
17  any given day?
18      A.   It varies.  Probably now fifteen to
19  twenty-five.  Usually Fridays -- Friday's half day.  I
20  may see a dozen.
21      Q.   Had -- if you had to reschedule your
22  appointments for a given date in order to be present to
23  testify at trial, would that be difficult for you?
24      A.   It could happen, yeah.
25      Q.   Would that cause any -- pose any trouble for
```

7

```
 1  you, for your practice?
 2      A.   Not really.
 3      Q.   Okay.  Is Mr. Marlowe, Mr. Jimmy Wayne
 4  Marlowe, a patient of yours?
 5      A.   Yes, he has been a patient of mine.
 6      Q.   And do you know approximately when he first
 7  became a patient of yours?
 8      A.   The chart says February 2010.
 9      Q.   And when you say 'the chart', what are you
10  referring to?
11      A.   The medical record.
12      Q.   And when -- is he still a current patient of
13  yours?
14      A.   I see him, along with other physicians.
15      Q.   Currently?
16      A.   I think I saw him not very long ago.
17      Q.   Can you estimate how long?
18      A.   Well, the last time I saw him was on 5/8/18.
19      Q.   And you pulled that date from -- from where?
20      A.   From his medical record.
21      Q.   And what do you treat him for?
22      A.   We're treating him for atrial fibrillation,
23  congestive heart failure, osteoarthritis, and diabetes
24  mellitus.  And probably others, too, but that's the
25  ones I remember.
```

8

```
 1           MR. TIPLER:  You said atrial fibrillation,
 2       diabetes --
 3           THE DEPONENT:  And hypertension, congestive
 4       heart failure, osteoarthritis.
 5           MR. TIPLER:  Thank you, sir.
 6      Q.   I'm going to direct you to a particular date.
 7  Do you recall seeing Mr. Marlowe on February 3rd, 2014?
 8      A.   Let me look that one up for you.  February?
 9  Yes, I have a record of it.
10      Q.   First I'm going to ask, do you have an
11  independent recollection of -- of seeing Mr. Marlowe on
12  that date without referring to your records?
13      A.   No, I couldn't tell you.  I don't remember
14  specifically but I have looked at the record, I think
15  yesterday.
16      Q.   And do you have -- do you have a document in
17  front of you that would help refresh your recollection
18  of --
19      A.   Yes, I do.
20      Q.   -- of encountering him on -- on that
21  particular date?
22      A.   Yes, I do.
23      Q.   And what is that document?
24      A.   It's an office record, office note from
25  2/3/14.  You want to know the details or what do you
```

9

1  want to know?
2         MS. WILSON:  I guess I'll let you review that
3     document and after you've done that, I'll ask you a
4     few questions about the encounter.
5         THE DEPONENT:  Okay.
6     Q.   Now, do you recall why Mr. Marlowe visited
7  your office on February 3rd, 2014?
8     A.   He said he had injured his left leg.
9  Apparently struck from a door somewhere.
10    Q.   And what did you diagnose him with?
11    A.   When he came, he had cellulitis in his left
12 leg, apparently, initiated further injury.
13    Q.   And what is cellulitis?
14    A.   Infection in his skin and subcutaneous
15 tissues.
16    Q.   And how did you treat him?
17    A.   We treated him with Keflex, an antibiotic,
18 500 milligrams three times a day for ten days.
19    Q.   Did you treat him with anything else?
20    A.   I think we renewed a prescription for Xanax
21 which was just to help him sleep at night and gave him
22 a few pain pills.
23    Q.   And what was the pain pill?
24    A.   Pain pill was Norco 7.5, twenty pills total.
25    Q.   Any other prescriptions, any other

10

1  treatments?
2     A.   Not on that day.
3     Q.   Okay.  During that office visit, did Mr.
4  Marlowe complain of leg pain or cramps while walking?
5     A.   I don't remember that.  I know he had
6  discomfort where the door had struck his leg and it got
7  infected.  I don't remember anything about leg cramps
8  in that visit.
9     Q.   Would you have examined his legs during the
10 visit?
11    A.   Yes, I did.
12    Q.   In your examination of Mr. Marlowe, did you
13 identify any symptoms of claudication?
14    A.   No, ma'am.
15    Q.   In your examination of Mr. Marlowe, did you
16 identify any issues with blood perfusion to his feet?
17    A.   No, ma'am.
18    Q.   Did you in your notes that your -- that
19 you've reviewed to refresh your recollection, is there
20 anything in there that you noted about blood
21 circulation in Mr. Marlowe's feet on that date?
22    A.   No, ma'am.
23    Q.   And why not?
24    A.   There wasn't an issue.  It's cellulitis.
25    Q.   Did you mention anything in your note in

11

1  February 3rd, 2014 about a rash on Mr. Marlowe's feet?
2     A.   No, I don't.
3     Q.   And why not?
4     A.   I assume he didn't have one.  I don't know.
5     Q.   How about do your notes for February 3rd,
6  2014 mention anything about gangrene on his feet?
7     A.   No, ma'am.
8     Q.   And why not?
9     A.   I would assume it wasn't there.
10    Q.   Did you refer Mr. Marlowe to a vascular
11 surgeon --
12    A.   No, ma'am.
13    Q.   -- following that appointment?  You said no?
14    A.   Hmm?
15    Q.   Was your answer no?
16    A.   No, I did not.  I did not feel it was
17 indicated.
18    Q.   Okay.  And why not?
19    A.   There's nothing here to indicate vascular
20 disease.
21    Q.   Did you refer Mr. Marlowe for a Doppler study
22 on that date?
23    A.   I did not.
24    Q.   And why not?
25    A.   Vascular -- I was not concerned about his

12

1  vascular status.
2     Q.   And -- and why not?
3     A.   He had no symptoms pointing to it.  No
4  history of claudication or anything else.
5     Q.   I want to turn your attention to a different
6  appointment date.  Now we're looking at June 2nd, 2014.
7  Do you recall seeing Mr. Marlowe on that date?
8     A.   I'd have to check on that.  June the 2nd?
9  Yes, I've got that note here.
10    Q.   Do you have an independent recollection of
11 that?
12    A.   No, I don't.
13    Q.   No?  Do you have something in front of you
14 that would help refresh your recollection of it?
15    A.   I have his medical record.
16    Q.   And it's the medical record for which date?
17    A.   6/2/14.
18        MS. WILSON:  Okay.  I'll let you review that
19    record for a moment and then I'll ask you a few
20    questions about it, about Mr. Marlowe's visit on
21    that date.
22        THE DEPONENT:  Okay.
23    Q.   Now do you recall why Mr. Marlowe visited
24 your office on June 2nd, 2014?
25    A.   He indicates he's having leg cramps and

13

1  recurrent back pain.
2  **Q.  And what did you diagnose him with?**
3  A.  Nocturnal leg cramps --
4  **Q.  And --**
5  A.  -- in addition to his usual diagnoses.
6      MS. WILSON:  I didn't catch the last part.
7  I'm sorry.
8  A.  In addition to the chronic atrial
9  fibrillation, congestive heart failure, low back pain,
10 osteoarthritis.
11 **Q.  And you say in addition to because those were**
12 **previous findings or --**
13 A.  Yeah, those were chronic conditions.
14 **Q.  Okay.  And how did you treat -- how did you**
15 **treat him on that date?**
16 A.  We gave him a muscle relaxant to take at
17 bedtime --
18 **Q.  And what was --**
19 A.  -- and a few pain pills for his back.
20 **Q.  What was the muscle relaxer?  What did you**
21 **prescribe --**
22 A.  Zanaflex.  Tizanidine.
23 **Q.  Okay.  And you said a pain medicine as well?**
24 A.  Norco 5 presumably for his back pain.
25 **Q.  And anything else?**

14

1  A.  I gave him a renewal on his Xanax which he
2  takes at night for sleep.
3  **Q.  Did Mr. Marlowe complain of pain or cramps in**
4  **his legs while walking?**
5  A.  The record does not indicate that.
6  **Q.  Would you have made a record -- would you**
7  **have recorded that, had he expressed that concern?**
8  A.  Yes, I'm pretty sure I would have.  The
9  nocturnal leg cramps is a common finding.  Suspect
10 people in this room may have it.
11 **Q.  Did you -- on that date, did you examine Mr.**
12 **Marlowe's legs and feet?**
13 A.  Only to the extent that I noted he didn't
14 have any swelling in his feet or legs.  No edema.
15 **Q.  And how would you have conducted that exam?**
16 A.  Normally by light pressure over the tibia.
17 **Q.  Would you have done it on each foot?**
18 A.  Not usually.  Not unless he did have edema.
19 I would check both sides if --
20     COURT REPORTER:  Can you speak up a little
21 bit?  I didn't catch that last answer.  Can you repeat
22 your answer?  I didn't hear it.
23     THE DEPONENT:  Which?  To --
24     COURT REPORTER:  Would you have done it on
25 each foot.  You said not usually.  Not --

15

1      THE DEPONENT:  No, I don't do that usually.
2  Particularly if there's no edema present.  And no
3  complaint of swelling.
4  **Q.  In your examination of Mr. Marlowe, did you**
5  **identify any symptoms of claudication on that date?**
6  A.  I did not.
7  **Q.  In your examination of Mr. Marlowe, did you**
8  **identify any blood perfusion issues in his feet?**
9  A.  I did not.
10 **Q.  Did you make a note of any blood perfusion**
11 **issues in your --**
12 A.  I did not.
13 **Q.  And why not?**
14 A.  No indication for the same.
15 **Q.  Did you mention anything in your notes for**
16 **June 2nd, 2014 about blood circulation?**
17 A.  Which do you mean?  Are we going to 11?
18     MS. WILSON:  I'm sorry, no.  June 2nd, 2014.
19     THE DEPONENT:  2nd.
20     MS. WILSON:  I apologize if I said a
21 different date.  So let me repeat the full
22 question.
23 **Q.  Is there anything --**
24 A.  The only -- only comment was that the carotid
25 vessels were equal, no bruits were heard.  Nothing to

16

1  do with the other blood vessels.
2      MS. WILSON:  I'm sorry?  I'm --
3  A.  You asked me did I notice anything about his
4  circulation.  The only note that I see is that his
5  carotid pulses are equal and without bruits, noises
6  over the arteries in his neck.
7  **Q.  Are there any additional notes on -- on blood**
8  **circulation issues?**
9  A.  No, ma'am.
10 **Q.  Do your notes mention anything about gangrene**
11 **in the patient?**
12 A.  No, ma'am.
13 **Q.  And why not?**
14 A.  There's no -- no evidence of gangrene that
15 I'm aware of.
16 **Q.  Did you refer Mr. Marlowe to a vascular**
17 **surgeon on that date?**
18 A.  No, ma'am.  No indication for the same.
19 **Q.  And what do you mean by that, no indication**
20 **for the same?**
21 A.  I don't -- the patient did not need it for
22 nocturnal leg cramps.
23 **Q.  Did anything else you observed with Mr.**
24 **Marlowe indicate that he needed to be referred to a**
25 **vascular surgeon on that date?**

17

1  A. No, ma'am.
2  Q. Did you refer Mr. Marlowe for a Doppler study
3 on June 2nd, 2014?
4  A. No, I certainly did not.
5  Q. And why not?
6  A. No indication for it.
7     MS. WILSON: I'll move on to June 11, 2014.
8     THE DEPONENT: Mmm hmm.
9  Q. Do you have a recollection of Mr. Marlowe
10 visiting your office on that date?
11 A. Hmm, I have the note and I'll quickly read
12 it. Okay.
13 Q. Do you specifically recall seeing Mr. Marlowe
14 on June 11th, 2014?
15 A. He came in with pain and tenderness on the
16 plantar aspect of his right great toe. Been bothering
17 him for awhile but getting more painful.
18 Q. And what did you diagnose him with?
19 A. I thought he had a plantar wart or callus
20 over the plantar aspect of the great toe.
21 Q. And how did you reach that conclusion?
22 A. By physical examination.
23 Q. Of his -- of his foot?
24 A. Hmm?
25 Q. Did you physically examine his foot?

18

1  A. I absolutely did.
2  Q. And which foot was that?
3  A. Says the left great toe.
4  Q. Would you have looked at his right -- right
5 foot as well?
6  A. Oh, goodness. That is a difference. It must
7 have been the right toe. It's probably an error in my
8 dictation or something.
9  Q. So how did you treat -- how did you treat him
10 on that date?
11 A. Well, I think we trimmed and debrided the
12 little lesion. It says with a needle but actually it
13 was with a scalpel.
14 Q. Did you have any other treatment?
15 A. No.
16 Q. Did you advise him to see any other medical
17 providers?
18 A. I think I told him if the foot didn't get
19 better he should see a podiatrist in a week or so.
20 Q. And why did you -- why did you instruct him
21 to do that?
22 A. A podiatrist is more qualified to treat his
23 foot problems than I am.
24 Q. During that visit, do you recall Mr. Marlowe
25 complaining of any leg cramps or pain while walking?

19

1  A. No, I do not.
2  Q. Would you have recorded that in your medical
3 notes --
4  A. I would have.
5  Q. -- had he had that complaint? In your
6 examination of Mr. Marlowe, did you identify any
7 symptoms of claudication on that date?
8  A. No, I did not.
9  Q. Would you have made a note of those in your
10 medical records?
11 A. I think I certainly would have.
12 Q. In your examination of Mr. Marlowe, did you
13 identify any gangrene?
14 A. I did not.
15 Q. If you had identified it, would you have made
16 a note of it in your medical record?
17 A. Obviously, yes, I would.
18 Q. Do your medical records, medical notes for
19 June 11, 2014, mention anything about blood perfusion
20 issues with Mr. Marlowe?
21 A. No, I did not.
22 Q. And why not?
23 A. Didn't see anything that indicated any blood
24 perfusion abnormalities.
25 Q. Is there anything in your notes for June

20

1 11th, 2014 about blood circulation problems?
2  A. No, ma'am.
3  Q. And why not?
4  A. There was no medical reason that I saw. No
5 --
6  Q. Did your -- and if you had noted -- if you
7 had observed any blood circulation problems, would you
8 have made note of them in your medical records for that
9 date?
10 A. I'm certain I would have.
11 Q. Did you refer Mr. Marlowe to a vascular
12 surgeon following the June 11, 2014 appointment?
13 A. No, I did not.
14 Q. And why not?
15 A. No medical indication for the same.
16 Q. And did you refer Mr. Marlowe for a Doppler
17 study on June 11th, 2014?
18 A. No, I did not.
19 Q. Why not?
20 A. I didn't feel like it was indicated.
21 Q. All right. We're going to move to July 16th,
22 2014. Do you recall seeing Mr. Marlowe on that date?
23 A. July 16th?
24    MS. WILSON: Yes.
25 A. Yes. I have the note. Okay.

21

1  Q. Do you recall why Mr. Marlowe visited your
2  office on July 16th, 2014?
3  A. He indicated he had some breaking out of
4  dermatitis on his feet and having soreness and pain in
5  the same areas.
6  Q. And what is dermatitis?
7  A. Dermatitis is sometimes referred to as a skin
8  rash and inflammation of the skin or disease of skin.
9  Q. Would you have conducted an examination of
10 Mr. Marlowe?
11 A. Do what?
12 Q. Would you have examined Mr. Marlowe on that
13 date?
14 A. I'm certain I did.
15 Q. And what part -- what parts of Mr. Marlowe's
16 body did you examine?
17 A. Well, I listened to his heart and his lungs
18 and his ab -- felt his abdomen and looked at his feet.
19 Q. Would you have looked at both of his feet?
20 A. Yes, ma'am.
21 Q. And what did you diagnose Mr. Marlowe with on
22 that date?
23 A. Well, I thought he had cellulitis in his
24 great toe. I believe it was on the right foot, and had
25 some type of dermatitis and I wasn't quite sure what

22

1  was causing the dermatitis.
2  Q. And how did you treat him?
3  A. I gave him a steroid injection of -- which
4  was Kenalog, and gave him some antibiotics in the form
5  of Keflex, and gave him a few pain pills.
6  Q. During that visit, did Mr. Marlowe complain
7  of any leg pain or leg cramps while walking?
8  A. He did not.
9  Q. Would you have made a note if he had made
10 such a complaint?
11 A. Yes, I would.
12 Q. Did you mention anything in your notes from
13 July 16th, 2014 about blood perfusion problems in Mr.
14 Marlowe's feet?
15 A. No, I didn't.
16 Q. And why not?
17 A. I didn't see any problem that indicated that.
18 Q. Did you mention anything of your note on July
19 16th, 2014 about gangrene?
20 A. I did not.
21 Q. If you had noted any gangrene with the
22 patient, would you have made a note of it?
23 A. Absolutely.
24 Q. Did you refer Mr. Marlowe to a vascular
25 surgeon following the July 16th, 2014 appointment?

23

1  A. No, I did not.
2  Q. And why not?
3  A. I didn't see any indication for it at that
4  time.
5  Q. Did you refer Mr. Marlowe for a Doppler study
6  on July 16th, 2014?
7  A. I did not.
8  Q. And why not?
9  A. Did not see a medical indication for it.
10    MS. WILSON: Thank you. That's all the
11 questions we have.
12 EXAMINATION BY MR. TIPLER:
13 Q. Doctor, I'm Steve Tipler. I represent Jimmy
14 Marlowe and Virginia Marlowe.
15 A. Right.
16 Q. You said he had been a patient of yours for
17 quite some years, right?
18 A. Since 2010.
19 Q. And you're aware that shortly after seeing
20 you on that last visit you were asked about, July 16th,
21 2014, within a couple of weeks of that, he was
22 hospitalized at Shelby Medical Center and his legs had
23 to be amputated. Are you aware of that?
24 A. I became aware of it much later.
25 Q. Later. Much later. And that was a result of

24

1  blood perfusion or blood circulation issues that he had
2  that resulted in the loss of his legs; you're aware of
3  that?
4     MS. WILSON: I'm going to object that that's
5     not necessarily foundation properly laid for that.
6  Q. You can still answer. Is that your
7  understanding?
8  A. Yes.
9     MR. TIPLER: Okay.
10    THE DEPONENT: But that's an unusual problem.
11 Q. Let's go back if we -- if we will to -- if we
12 can to, for a moment, to your visit with Jimmy on
13 February 3rd, 2014. You've referred to your notes.
14 Let me mark as an exhibit Plaintiff's Exhibit No. 1 a
15 copy of that note you were referring to.
16 A. Okay. I have no problem.
17 Q. Is that it, what I've marked as Exhibit No.
18 1?
19 A. Not exactly. Let me just say one thing to
20 you. This is my dictation right here [indicating].
21 This note is done by the nurse, I pay it, because the
22 government wants us to put everything on a computer
23 nowadays. I don't fool with computers.
24    MR. TIPLER: Mmm hmm.
25 A. I pay somebody to put it on the computer. So

25

1  this is her translation of my note on here.
2  Q.  Okay.  All right.  Does that appear -- is
3  that a correct translation?
4  A.  I haven't read it but this is the correct --
5  this is the real one right here [indicating].
6  Q.  Well then if I -- could we -- could we take a
7  look at your actual note then?
8  A.  That is my actual --
9  Q.  It appears from just a quick review of this,
10 Doctor, and correct me if I'm wrong, but what I've
11 marked as Plaintiff's Exhibit No. 1, everything above
12 this red line is what is your note?
13 A.  Right.
14 Q.  And those things below are added.
15 A.  Yes.  On the computer.
16     MR. TIPLER:  Okay.  All right.
17     THE DEPONENT:  I'll give that back.
18 Q.  So your actual note gives the patient's name,
19 the visit type, the chief complaint, the physical exam,
20 the impression, and the disposition.
21 A.  Right.
22 Q.  And the vitals, allergies, medication, past
23 medical history, past surgical history, social history,
24 assessment and plan, are added to your note.
25 A.  I don't know about the plan but the rest of

26

1  it is.  They just click on it on the computer.
2     MR. TIPLER:  Okay.
3  A.  It is obtained from previous records, visits.
4  Q.  Thank you.  Yeah, they're able to get that
5  from previous records --
6  A.  Right.
7  Q.  -- and it becomes a part of that electronic
8  chart, right?
9  A.  Right.
10 Q.  Is that correct?
11 A.  That's correct.
12 Q.  Okay.  The problem he presented with on
13 February 3rd, you determined to be or your impression
14 of that was, your assessment of that was that he was
15 dealing with cellulitis?
16 A.  Right.  That's correct.
17 Q.  And that's when you gave him the Keflex and
18 the Norco, right?
19 A.  That is correct.  Right.
20 Q.  Now, he's back on June the 2nd.
21 A.  Let me look.
22 Q.  And is this your note for June the 2nd, what
23 I have above the red line again?
24 A.  It looks like it.
25 Q.  Okay.  And again, that's Plaintiff's Exhibit

27

1  No. 2.  On this date you said he was -- he was in for a
2  follow-up from that -- from a previous visit?
3  A.  Yeah, yeah, that's just a habit of mine.
4  Q.  Okay.  You just -- that's just typical --
5  A.  Yeah.
6  Q.  -- words you use, he's in for a follow-up
7  evaluation?
8  A.  I hadn't seen him since -- yeah.
9  Q.  You hadn't seen him since February, right?
10 A.  Absol -- that's correct.
11 Q.  And he was complaining of leg cramps --
12 A.  Mmm hmm.
13 Q.  -- among other problems, and he mentioned
14 that these cramps or problems he was having with his
15 legs was -- was more at night?
16 A.  Correct.
17 Q.  And that's what you refer to as nocturnal
18 muscle cramps, correct?
19 A.  That's correct.
20 Q.  Now, when you saw him on June the 2nd, did --
21 did you examine his feet?  Did you ask him to take his
22 socks off or did you have any reason based on what he
23 was telling you to have him do that?
24 A.  To my knowledge, I don't remember looking at
25 his feet.  The note doesn't indicate it either.

28

1  Q.  Okay.  And you did not check the pulses in
2  his feet or legs on that occasion?
3  A.  No.
4  Q.  His complaint with you was the -- the leg
5  cramps, and that's what you focused on?
6  A.  Well, that was his main complaint.  That's
7  what we focused on and gave him treatment for.
8     MR. TIPLER:  Okay.
9  A.  As well as back pain.
10 Q.  And that treatment was the muscle relaxer and
11 what else?
12 A.  Gave him some Norco 5 because he was also
13 having back pain on that visit.
14 Q.  So you gave him a pain medication and a
15 muscle relaxer?
16 A.  Correct.
17 Q.  Okay.  And on that visit, did he mention on
18 this particular visit, June 2, the visit referenced in
19 Plaintiff's Exhibit No. 2, was there any mention made
20 of him having seen a physician at the veterans hospital
21 or veterans clinic about any foot problems?
22 A.  I don't have a memory of that but I knew -- I
23 was aware he went to the VA pretty regularly.
24 Q.  But on this particular visit, that wasn't
25 mentioned.

29

```
 1    A.    I don't remember that, no.
 2    Q.    If it was, you're saying you don't recollect
 3 it and you don't have a note of it.
 4    A.    No.  Uh-uh.
 5    Q.    That's correct?
 6    A.    That's correct.
 7    Q.    Okay.  Let me show you what's marked as
 8 Plaintiff's Exhibit No. 3 and this is what we received
 9 as your note for the next visit that you talked about
10 earlier.
11    A.    Mmm hmm.
12    Q.    The one on June 11.  It was nine days after
13 the June 2nd visit, okay?  Is everything on Plaintiff's
14 Exhibit No. 3 above the red line again what's in your
15 note there that you're looking at?
16    A.    It appears to be the same.
17    Q.    Okay.  And on June 11, he was complaining of
18 pain and tenderness on the plantar aspect, you said, of
19 the right great toe.  What is the plantar aspect?
20    A.    Usually referring to the sole of the foot.
21 The underside of the foot.
22    Q.    Okay.  And he indicated that it was getting
23 more painful?
24    A.    Said it's been bothering him for awhile but
25 was getting more painful.
```

30

```
 1    Q.    Okay.  And it mentions here, and you weren't
 2 asked about this by the VA's attorney a moment ago, but
 3 it mentions here that he has been to the VA Hospital
 4 and they told him he had athlete's foot and prescribed
 5 some Nizoral cream which did not help out and some
 6 other cream that did not help out.  Is that in your
 7 note?
 8    A.    That is correct.
 9    Q.    And that's what he told you?
10    A.    Correct.
11    Q.    And then you noted that he really has not had
12 any lesions between his toes.  Is this something you
13 looked at or something he told you?
14    A.    I would have looked at that.
15    Q.    Okay.  And you didn't see any lesions between
16 his toes?
17    A.    No, I did not and that's where athlete's foot
18 typically begins is between the toes.
19    Q.    That's -- yeah, that's what --
20    A.    So I'm checking out to see whether they made
21 the right diagnosis and I didn't see anything between
22 his toes.
23    Q.    Okay.  So you were actually looking at his
24 feet, looking at his toes to see if he had lesions
25 between his toes because you would expect that with
```

31

```
 1 athlete's foot?
 2    A.    That's correct.
 3    Q.    And I think you made a note either on this
 4 occasion or one of the later visits that he had no
 5 complaints of itching.
 6    A.    Hmm, I don't remember that.
 7    Q.    Maybe it's in the next visit that you said
 8 that, Doctor.
 9    A.    I don't see it on this visit.
10    Q.    Okay.  Well, let me just ask you this:  Is
11 that something that you would -- would expect with
12 athlete's foot?
13    A.    Yes.
14    Q.    Is itching?
15    A.    Right.
16    Q.    And there's no mention in your note of him
17 complaining of itching, right?
18    A.    No.  No, sir.
19    Q.    But he told you whatever problem he was
20 having with his feet, that they had given him some
21 cream that he was supposed to be using and -- but that
22 it hadn't seemed to help out, right?
23    A.    That's correct.
24    Q.    Now, you specifically made mention of there
25 being no peripheral edema.  That means that you didn't
```

32

```
 1 notice any swelling in his feet or --
 2    A.    That's correct.
 3    Q.       -- legs?
 4    A.    That's correct.
 5    Q.    And on this occasion, you tried to help him
 6 with the -- whatever that was on the plantar aspect of
 7 his foot, and you said you actually used a scalpel to
 8 deal with that rather than a needle?
 9    A.    That's correct.
10    Q.    Okay.  Do you specifically recollect
11 referring him to a podiatrist?  Because he said -- he
12 said you had told him to see a -- a dermatologist.
13          MS. WILSON:  I'm going to object.  That's
14     certainly lacking a foundation laid for it here.
15    A.    I don't recall that.  My note says podiatrist
16 here because we're dealing with his foot and that's --
17 if he didn't get better in a week or so, he ought to
18 get a specialist to look at it but I thought I really
19 had taken care of it, so...
20    Q.    I guess it could be that he heard
21 dermatologist rather than -- and you said podiatrist.
22 You believe, best of your recollection because of your
23 note, that you said see a podiatrist if it doesn't get
24 any better?
25    A.    Yeah, I don't see any description of skin
```

33

1 rash or anything that dermatologists would need to see
2 him for at this point.
3    Q.   But you did make reference to the athlete's
4 foot and the Nizoral cream.
5    A.   Well, that was what he received at the VA.  I
6 didn't -- I didn't see the reason for that but...
7    Q.   Okay.  You didn't -- you didn't think it was
8 athlete's foot, what you had seen.
9    A.   What I saw wasn't, but I don't know what the
10 VA might have seen.
11   Q.   Okay.  All right.  Now I'll refer you to --
12 oh, and there wasn't any check of the pedal pulses or
13 any other pulse in his lower extremity on that visit,
14 right?
15   A.   Not that I remember.
16   Q.   And I say pedal pulse.  The pedal pulse is on
17 the top of the foot, right?
18   A.   One of them is.
19   Q.   And then there's another one behind the
20 ankle?
21   A.   Yeah.  Posterior tibial.
22   Q.   Posterior tibial?
23   A.   Yeah.
24   Q.   And then what's the one that you check
25 sometimes behind the knee?

34

1    A.   Popliteal.
2    Q.   Popliteal.  None of that was checked on this
3 visit?
4    A.   Uh-uh.
5    Q.   Or any of these visits, right?
6    A.   My note didn't indicate that.  I probably
7 didn't do it.
8    Q.   Okay.  If -- if your note doesn't indicate
9 it, that means that --
10   A.   I likely didn't do it.
11        MR. TIPLER:  Okay.
12   A.   Everything didn't make it to the notes but --
13   Q.   Okay.  The next visit was on July 16, 2014
14 and I'll show you what's marked as Plaintiff's Exhibit
15 No. 4 and ask you the same question I've asked you
16 about the other three visits.
17        Is everything above the red line what you're
18 looking at there in your notes?
19   A.   That looks to be the same.
20   Q.   Okay.  And when he was there on this visit on
21 July 16, 2014, what was his complaint on that occasion?
22   A.   He was having soreness and pain in his feet.
23   Q.   And you in your note say:  Patient came in
24 today not doing well, has severe dermatitis on his feet
25 which really has become sore and painful.  Is that what

35

1 your note says?
2    A.   Exactly.
3    Q.   [Reading:] He saw a dermatologist a week or
4 so ago who started him on some cream.  He states for,
5 quote, ringworm, end quote.  Is that what your note
6 says?
7    A.   Exactly.  Mmm hmm.
8    Q.   And then it goes on and says:  Which they
9 have been using twice a day for seven or eight days now
10 but his foot has actually gotten worse.
11        You go on and state, and correct me if I'm
12 reading this wrong:  In addition, he has developed
13 sores on the tips of both toes and severe lesions on
14 the top of his feet.
15   A.   Several lesions.
16   Q.   Okay.  Not severe lesions but several lesions
17 on the top of his feet.  That's what it says, right?
18   A.   Right.
19   Q.   No chills or fever but he is having a good
20 bit of pain with it.  And it's this note where you say
21 there's no itching, right?
22   A.   No, no itching.
23   Q.   You expect, I think you said before, itching
24 with athlete's foot or condition.  What's it called?
25   A.   Tinea pedis.

36

1    Q.   What's the medical term?
2    A.   Tinea pedis.
3    Q.   Okay.  Yes, sir.  You expect that with --
4    A.   Usually, yes.
5    Q.   Okay.  He is using some type of cream on it
6 and correct me -- I'm reading from your note and
7 correct me if I'm reading it wrong:  He is using some
8 type of cream on it but did not bring it in and did not
9 know what he was using.  Patient is otherwise doing
10 about the same.
11        That's pretty much your description of his
12 problem as it related to his feet on that occasion,
13 right?
14   A.   Mmm hmm.  Yes.
15   Q.   And you looked at both feet on that occasion,
16 right?
17   A.   Yes.
18   Q.   You, after examining his feet and hearing
19 what he had to say, thought that he had a possible
20 fungal dermatitis with secondary bacterial infection
21 and cellulitis or possible allergic dermatitis, right?
22   A.   Yeah, it should -- the "and" probably
23 shouldn't be in there.
24   Q.   The "and"?  Is that what you're saying?
25   A.   Yeah.  Bacterial infection, cellulitis is the

37

```
 1  same thing but --
 2      Q.   Okay.  Okay.  So you're saying possible
 3  fungal dermatitis with secondary bacterial infection or
 4  cellulitis?
 5      A.   Correct.
 6      Q.   Or possible allergic dermatitis, right?
 7      A.   Right.
 8      Q.   Now, did you refer him to anybody on that
 9  occasion?
10      A.   No, I did not.
11      Q.   Did you suggest he see a podiatrist, a
12  dermatologist, a vascular surgeon, a vascular
13  specialist, anybody else?
14      A.   I don't -- no, the record doesn't indicate
15  anybody else.  He'd already seen a dermatologist.
16           MR. TIPLER:  Okay.
17      A.   That would be it.
18      Q.   Did -- did you think this was ringworm?
19      A.   No, sir.
20      Q.   Did you think this was athlete's foot?
21      A.   No, sir.
22      Q.   Did you examine any of the pulses we
23  referenced earlier, according to your notes?
24      A.   No.  I did not indicate that.
25      Q.   And this was the note -- yeah, where you said
```

38

```
 1  no itching --
 2      A.   Mmm hmm.
 3      Q.   -- period.  That again was because you were
 4  thinking, well, if it was athlete's foot or ringworm,
 5  you would expect or think we'd have itching, right?
 6      A.   That's correct.
 7      Q.   But he did have ulcerative lesions on his
 8  feet at that point?
 9      A.   Yeah, I think he had little small ulcerations
10  on the tip of the big toe.
11      Q.   Okay.  And what is denuded skin --
12      A.   That's something --
13      Q.   -- you noted?
14      A.   That's where the piece of skin has been
15  rubbed off or was -- was --
16      Q.   Rubbed off, kind of looking --
17      A.   Well, rubbed off or scratched off or
18  whatever.  I don't know.
19           MR. TIPLER:  Okay.  Okay.
20      A.   Whatever caused it.  A blister that ruptured,
21  anything.  Skin is missing on a small area there.
22      Q.   Okay.  And you gave him two CCs of Kenalog
23  intramuscular?
24      A.   That's correct.
25      Q.   What is Kenalog?
```

39

```
 1      A.   Kenalog is a cortisone-like preparation.
 2      Q.   Okay.  So you gave him an injection of
 3  cortisone.
 4      A.   Yes.
 5      Q.   Okay.  And then you prescribed Keflex for ten
 6  more days, right?
 7      A.   Yes.
 8      Q.   And gave him Norco for pain?
 9      A.   Correct.
10      Q.   And told him to return in one week if not
11  markedly improved.
12      A.   That's correct.
13      Q.   Okay.  And the next time you saw him was
14  after he had been hospitalized at Shelby?
15      A.   Yeah.  That's right.
16      Q.   And his legs were removed.  Right?
17      A.   Yeah.  Four, five months later.  I don't
18  remember.  Several.
19           MR. TIPLER:  Okay.  I think that's all I
20      have, Doctor.  Thank you so much.
21           THE DEPONENT:  Okay.
22           MS. WILSON:  I have just a couple more
23      questions.
24           THE DEPONENT:  Sure.
25  EXAMINATION BY MS. WILSON:
```

40

```
 1      Q.   What's the typical treatment for athlete's
 2  foot?
 3      A.   Antifungal creams such as Nizoral.
 4      Q.   And you would apply it directly to the foot?
 5      A.   Typically it goes in between the toes or
 6  where it's broken out but that usually starts between
 7  the toes most commonly.
 8      Q.   And how long would it take for the cream to
 9  be effective?
10      A.   Depends on how severe the lesion and how
11  early you catch it but usually some good response in a
12  short period of time.  A matter of days.  A few days.
13      Q.   So two --
14      A.   Maybe have to take it ten days or more to
15  heal it but...
16      Q.   So you would expect to see improvement over
17  the course of how many days?
18      A.   Like I said, depends on how severe and how,
19  you know, how soon you caught the problem.  And it's
20  different in different people, in diabetics.  He is a
21  diabetic.  I would think you'd get better in a few
22  days, I mean, symptomatically it wouldn't be healed but
23  be better.
24      Q.   And how many days until it would be
25  completely cleared?
```

41

1  A.   Again, that's -- nobody can tell you that.
2  Q.   **And again --**
3  A.   Certainly within ten days or two weeks, I
4  would think.
5  Q.   **And --**
6  A.   Unless you just kept doing the same old
7  prac -- putting the same old dirty socks on or
8  something.
9  Q.   **Do you recall Mr. Marlowe telling you when he**
10 **had been to the VA and been diagnosed with athlete's**
11 **foot?**
12 A.   Oh, goodness.  I have to look back.  I don't
13 remember exactly when.  It just said he had been to the
14 VA.
15 Q.   **So you don't know if it had been days, weeks,**
16 **months?**
17 A.   I don't know exactly.  I assume -- I don't
18 know.  This visit on July said he'd been using
19 something for a week before or so.  The earlier visit
20 doesn't indicate any time.
21      MS. WILSON:  That's all I have.
22      MR. TIPLER:  We're through.
23      VIDEOGRAPHER:  All right.  The time is 3:01
24   p.m.  This concludes Tape No. 1 and the deposition
25   of Dr. Pinson.  We are off the record.

42

1      FURTHER THE DEPONENT SAITH NOT,
2      Deposition concluded 3:01 p.m.

43

1            C E R T I F I C A T E
2  STATE OF ALABAMA
3  COUNTY OF SHELBY
4      I, Karen Davis, hereby certify that the
5  above and foregoing deposition was taken down by me on
6  Computerized Stenotype, and the questions and answers
7  thereto were transcribed by me, and that the foregoing
8  represents a true and correct transcript of the
9  deposition given by said witness upon said hearing.
10     I further certify that I am neither of
11 counsel nor of kin to the parties in the action, nor am
12 I anywise interested in the result of said cause.
13
14     _____
15     KAREN DAVIS, CCR
16     ACCR #491
17     ACCR Expires 9/30/2018
18     Notary Commission Expires 1/31/2022

## 1

**1 [5]** 3:10, 24:14, 24:18, 25:11, 41:24
**1/31/2022** 43:18
**100** 2:6
**104** 2:6
**11 [6]** 15:17, 17:7, 19:19, 20:12, 29:12, 29:17
**117-CV-00309-VEH** 4:6
**11th [3]** 17:14, 20:1, 20:17
**16 [2]** 34:13, 34:21
**16th [8]** 20:21, 20:23, 21:2, 22:13, 22:19, 22:25, 23:6, 23:20
**1801** 2:15
**1967** 5:24
**1972** 5:21
**1:17-CV-00309-VE** 1:9

## 2

**2 [4]** 3:11, 27:1, 28:18, 28:19
**2/3/14 [2]** 3:10, 8:25
**200** 1:21
**2010 [2]** 7:8, 23:18
**2014 [25]** 8:7, 9:7, 11:1, 11:6, 12:6, 12:24, 15:16, 15:18, 17:3, 17:7, 17:14, 19:19, 20:1, 20:12, 20:17, 20:22, 21:2, 22:13, 22:19, 22:25, 23:6, 23:21, 24:13, 34:13, 34:21
**2018 [2]** 1:21, 4:8
**205 [3]** 2:8, 2:17, 2:18
**209** 1:20
**23** 3:5
**23rd** 2:6
**24** 3:10
**244-2104** 2:17
**244-2140** 2:18
**27** 3:11
**29** 3:12
**2: 10** 4:8
**2:10** 1:22
**2nd [11]** 12:6, 12:8, 12:24, 15:16, 15:18, 15:19, 17:3, 26:20, 26:22, 27:20, 29:13

## 3

**3 [4]** 3:12, 6:6, 29:8, 29:14
**31** 1:21
**31st** 4:8
**328-6800** 2:8
**34** 3:13
**35203** 2:16
**35233** 2:7
**3:01 [2]** 41:23, 42:2
**3rd [6]** 8:7, 9:7, 11:1, 11:5, 24:13, 26:13

## 4

**4 [3]** 3:4, 3:13, 34:15
**40** 3:4
**491** 43:16

## 5

**5 [2]** 13:24, 28:12
**5/8/18** 7:18
**500** 9:18

## 6

**6/11/14** 3:12
**6/2/14 [2]** 3:11, 12:17

## 7

**7.5** 9:24

**7/16/14** 3:13
**72** 6:6

## 9

**9/30/2018** 43:17

## A

**ab** 21:18
**abdomen** 21:18
**able** 26:4
**abnormalities** 19:24
**Absol** 27:10
**absolutely [2]** 18:1, 22:23
**according** 37:23
**ACCR [2]** 43:16, 43:17
**action [2]** 1:8, 43:11
**active** 5:25
**actual [3]** 25:7, 25:8, 25:18
**added [2]** 25:14, 25:24
**addition [4]** 13:5, 13:8, 13:11, 35:12
**additional** 16:7
**advise** 18:16
**afternoon** 4:22
**ahead** 5:2
**al** 4:5
**Alabama [10]** 1:2, 1:19, 1:21, 2:7, 2:16, 4:3, 4:10, 5:18, 5:20, 43:2
**allergic [2]** 36:21, 37:6
**allergies** 25:22
**already** 37:15
**America [2]** 1:11, 4:5
**among** 27:13
**amputated** 23:23
**ankle** 33:20
**answers** 43:6
**antibiotic** 9:17
**antibiotics** 22:4
**Antifungal** 40:3
**anymore [2]** 6:13, 6:14
**anywise** 43:12
**apologize** 15:20
**apparently [2]** 9:9, 9:12
**appear** 25:2
**APPEARING [2]** 2:3, 2:11
**appears [2]** 25:9, 29:16
**apply** 40:4
**appointment [4]** 11:13, 12:6, 20:12, 22:25
**appointments** 6:22
**approximately [2]** 6:16, 7:6
**areas** 21:5
**arteries** 16:6
**aspect [5]** 17:16, 17:20, 29:18, 29:19, 32:6
**assessment [2]** 25:24, 26:14
**Assistant** 2:14
**assume [3]** 11:4, 11:9, 41:17
**athlete's [11]** 30:4, 30:17, 31:1, 31:12, 33:3, 33:8, 35:24, 37:20, 38:4, 40:1, 41:10
**atrial [3]** 7:22, 8:1, 13:8
**attention** 12:5
**attorney** 30:2
**attorneys [3]** 2:14, 4:10, 4:25
**Avenue** 2:15
**awhile [2]** 17:17, 29:24

## B

**bacterial [3]** 36:20, 36:25, 37:3
**became [2]** 7:7, 23:24
**become** 34:25
**becomes** 26:7
**bedtime** 13:17

**begins** 30:5
**behalf [5]** 2:3, 2:11, 4:12, 4:14, 4:16
**behind [2]** 33:19, 33:25
**best** 32:22
**better [5]** 18:19, 32:17, 32:24, 40:21, 40:23
**Birmingham [2]** 2:7, 2:16
**bit [2]** 14:21, 35:20
**blister** 38:20
**blood [14]** 10:16, 10:20, 15:8, 15:10, 15:16, 16:1, 16:7, 19:19, 19:23, 20:1, 20:7, 22:13, 24:1, 24:1
**board [2]** 6:2, 6:4
**body** 21:16
**bothering [2]** 17:16, 29:24
**breaking** 21:3
**bring** 36:8
**broken** 40:6
**bruits [2]** 15:25, 16:5
**Byrd** 2:21

## C

**callus** 17:19
**cardiovascular** 5:13
**care [2]** 6:8, 32:19
**Carolina [3]** 5:18, 5:22, 6:1
**carotid [2]** 15:24, 16:5
**case [3]** 4:5, 4:24, 5:1
**catch [3]** 13:6, 14:21, 40:11
**caught** 40:19
**cause [2]** 6:25, 43:12
**caused** 38:20
**causing** 22:1
**CCR [2]** 1:18, 43:15
**CCs** 38:22
**cellulitis [8]** 9:11, 9:13, 10:24, 21:23, 26:15, 36:21, 36:25, 37:4
**Center [3]** 1:20, 4:9, 23:22
**certain [2]** 20:10, 21:14
**certainly [4]** 17:4, 19:11, 32:14, 41:3
**certifications** 6:2
**Certified [2]** 1:18, 6:4
**certify [2]** 43:4, 43:10
**chart [3]** 7:8, 7:9, 26:8
**check [5]** 12:8, 14:19, 28:1, 33:12, 33:24
**checked** 34:2
**checking** 30:20
**Cheek [3]** 2:13, 4:14, 4:14
**chief** 25:19
**chills** 35:19
**chronic [2]** 13:8, 13:13
**circulation [7]** 10:21, 15:16, 16:4, 16:8, 20:1, 20:7, 24:1
**Civil [2]** 1:8, 1:17
**claudication [4]** 10:13, 12:4, 15:5, 19:7
**cleared** 40:25
**click** 26:1
**clinic** 28:21
**commence** 4:1
**commencing** 1:22
**comment** 15:24
**Commission** 43:18
**Commissioner** 1:19
**common** 14:9
**commonly** 40:7
**complain [3]** 10:4, 14:3, 22:6
**complaining [4]** 18:25, 27:11, 29:17, 31:17
**complaint [7]** 15:3, 19:5, 22:10, 25:19, 28:4, 28:6, 34:21

**complaints** 30:2
**completely** 40:25
**computer [4]** 24:22, 24:25, 25:15, 26:1
**Computerized** 43:6
**computers** 24:23
**concern** 14:7
**concerned** 11:25
**concluded** 42:2
**concludes** 41:24
**conclusion** 17:21
**condition** 35:24
**conditions** 13:13
**conducted [2]** 14:15, 21:9
**congestive [3]** 7:23, 8:3, 13:9
**correct [30]** 25:3, 25:4, 25:10, 26:10, 26:11, 26:16, 26:19, 27:10, 27:16, 27:18, 27:19, 28:16, 29:5, 29:6, 30:8, 30:10, 31:2, 31:23, 32:2, 32:4, 32:9, 35:11, 36:6, 36:7, 37:5, 38:6, 38:24, 39:9, 39:12, 43:8
**cortisone** 39:3
**cortisone-like** 39:1
**couldn't** 8:13
**counsel** 43:11
**COUNTY** 43:3
**couple [2]** 23:21, 39:22
**course** 40:17
**Court [5]** 1:1, 1:18, 4:2, 14:20, 14:24
**Craddock [2]** 1:20, 4:9
**cramps [13]** 10:4, 10:7, 12:25, 13:3, 14:3, 14:9, 16:22, 18:25, 22:7, 27:11, 27:14, 27:18, 28:5
**cream [8]** 30:5, 30:6, 31:21, 33:4, 35:4, 36:5, 36:8, 40:8
**creams** 40:3
**current** 7:12
**Currently** 7:15
**cut [2]** 6:10, 6:15

## D

**date [26]** 4:8, 6:22, 7:19, 8:6, 8:12, 8:21, 10:21, 11:22, 12:6, 12:7, 12:16, 12:21, 13:15, 14:11, 15:5, 15:21, 16:17, 16:25, 17:10, 18:10, 19:7, 20:9, 20:22, 21:13, 21:22, 27:1
**dated [4]** 3:10, 3:11, 3:12, 3:13
**Davis [3]** 1:18, 43:4, 43:15
**deal [2]** 5:10, 32:8
**dealing [3]** 5:12, 26:15, 32:16
**debrided** 18:11
**Defendant [2]** 1:13, 2:11
**DEFENDANT'S** 3:15
**denuded** 38:11
**depends [2]** 40:10, 40:18
**DEPONENT [12]** 8:3, 9:5, 12:22, 14:23, 15:1, 15:19, 17:8, 24:10, 25:17, 39:21, 39:24, 42:1
**deposition [6]** 1:15, 4:2, 41:24, 42:2, 43:5, 43:9
**dermatitis [10]** 21:4, 21:6, 21:7, 21:25, 22:1, 34:24, 36:20, 36:21, 37:3, 37:6
**dermatologist [5]** 32:12, 32:21, 35:3, 37:12, 37:15
**dermatologists** 33:1

**description [2]** 32:25, 36:11
**details** 8:25
**determined** 26:13
**developed** 35:12
**diabetes [2]** 7:23, 8:2
**diabetic** 40:21
**diabetics** 40:20
**diagnose [4]** 9:10, 13:2, 17:18, 21:21
**diagnosed** 41:10
**diagnoses** 13:5
**diagnosis** 30:21
**dictation [2]** 18:8, 24:20
**difference** 18:6
**difficult** 6:23
**direct** 8:6
**directly** 40:4
**dirty** 41:7
**discomfort** 10:6
**disease [2]** 11:20, 21:8
**disposition** 25:20
**District [4]** 1:1, 1:2, 4:2, 4:3
**Division [2]** 1:3, 4:4
**doctor [5]** 5:7, 23:13, 25:10, 31:8, 39:20
**Doctor's [4]** 3:10, 3:11, 3:12, 3:13
**document [3]** 8:16, 8:23, 9:3
**door [2]** 9:9, 10:6
**Doppler [4]** 11:21, 17:2, 20:16, 23:5
**dozen** 6:20
**Dr [4]** 1:15, 4:7, 4:22, 41:25
**duly** 4:20

## E

**earlier [3]** 29:10, 37:23, 41:19
**edema [4]** 14:14, 14:18, 15:2, 31:25
**effective** 40:9
**eight** 35:9
**either [2]** 27:25, 31:3
**electronic** 26:7
**encounter** 9:4
**encountering** 8:20
**endocrine** 5:13
**equal [2]** 15:25, 16:5
**error** 18:7
**estimate** 7:17
**et** 4:4
**etc** 5:13
**evaluation** 27:7
**everything [5]** 24:22, 25:11, 29:13, 34:12, 34:17
**evidence** 16:14
**exactly [6]** 6:7, 24:19, 35:2, 35:7, 41:13, 41:17
**exam [2]** 14:15, 25:19
**examination [12]** 3:3, 4:21, 10:12, 10:15, 15:4, 15:7, 17:22, 19:6, 19:12, 21:9, 23:12, 39:25
**examine [5]** 14:11, 17:25, 21:16, 27:21, 37:22
**examined [2]** 10:9, 21:12
**examining** 36:18
**exhibit [11]** 3:9, 3:15, 24:14, 24:14, 24:17, 25:11, 26:25, 28:19, 29:8, 29:14, 34:14
**expect [6]** 30:25, 31:11, 35:23, 36:3, 38:5, 40:16
**Expires [2]** 43:17, 43:18
**expressed** 14:7
**extent** 14:13
**extremity** 33:13

**F**

**failure [3]** 7:23, 8:4, 13:9
**February [9]** 7:8, 8:7, 8:8, 9:7, 11:1, 11:5, 24:13, 26:13, 27:9
**Federal**  1:17
**feel [2]** 11:16, 20:20
**felt**  21:18
**fever**  35:19
**fibrillation [3]** 7:22, 8:1, 13:9
**fifteen**  6:18
**finding**  14:9
**findings**  13:12
**five**  39:17
**focused [3]** 5:10, 28:5, 28:7
**follow-up [2]** 27:2, 27:6
**follows**  4:20
**fool**  24:23
**foot [28]** 14:17, 14:25, 17:23, 17:25, 18:2, 18:5, 18:18, 18:23, 21:24, 28:21, 29:20, 29:21, 30:4, 30:17, 31:1, 31:12, 32:7, 32:16, 33:4, 33:8, 33:17, 35:10, 35:24, 37:20, 38:4, 40:2, 40:4, 41:11
**foregoing [2]** 43:5, 43:7
**foundation [2]** 24:5, 32:14
**Fourth**  2:15
**Friday's**  6:19
**Fridays**  6:19
**front [2]** 8:17, 12:13
**full [3]** 5:2, 5:3, 15:21
**fungal [2]** 36:20, 37:3

**G**

**gangrene [6]** 11:6, 16:10, 16:14, 19:13, 22:19, 22:21
**gave [13]** 9:21, 13:16, 14:1, 22:3, 22:4, 22:5, 26:17, 28:7, 28:12, 28:14, 38:22, 39:2, 39:8
**given [4]** 6:17, 6:22, 31:20, 43:9
**gives**  25:18
**goes [2]** 35:8, 40:5
**goodness [2]** 18:6, 41:12
**gotten**  35:10
**government**  24:22
**guess [4]** 6:9, 6:10, 9:2, 32:20

**H**

**habit**  27:3
**hadn't [3]** 27:8, 27:9, 31:22
**half [4]** 6:11, 6:12, 6:15, 6:19
**happen**  6:24
**haven't [2]** 6:1, 25:4
**having [9]** 4:20, 12:25, 21:4, 27:14, 28:13, 28:20, 31:20, 34:22, 35:19
**he'd [2]** 37:15, 41:18
**he's [3]** 12:25, 26:20, 27:6
**heal**  40:15
**healed**  40:22
**Health [2]** 1:20, 4:9
**hear**  14:22
**heard [2]** 15:25, 32:20
**hearing [2]** 36:18, 43:9
**heart [4]** 7:23, 8:4, 13:9, 21:17
**hereby**  43:5
**history [4]** 12:4, 25:23, 25:23, 25:23
**hmm [11]** 11:14, 17:8, 17:11, 17:24, 24:24, 27:12, 29:11, 31:6, 35:7, 36:14, 38:2
**hold**  5:14
**hospital [3]** 6:12, 28:20, 30:3
**hospitalized [2]** 23:22, 39:14
**hypertension**  8:3

**I**

**identified**  19:15
**identify [6]** 10:13, 10:16, 15:5, 15:8, 19:6, 19:13
**III**  4:7
**impression [2]** 25:20, 26:13
**improved**  39:11
**improvement**  40:16
**include**  5:9
**independent [2]** 8:11, 12:10
**indicate [9]** 11:19, 14:5, 16:24, 27:25, 34:6, 34:8, 37:14, 37:24, 41:20
**indicated [6]** 11:17, 19:23, 20:20, 21:3, 22:17, 29:22
**indicates**  12:25
**indicating [2]** 24:20, 25:5
**indication [7]** 15:14, 16:18, 16:19, 17:6, 20:15, 23:3, 23:9
**infected**  10:7
**infection [4]** 9:14, 36:20, 36:25, 37:3
**inflammation**  21:8
**initiated**  9:12
**injection [2]** 22:3, 39:2
**injured**  9:8
**injury**  9:12
**instruct**  18:20
**interested**  43:12
**internal [4]** 5:6, 5:7, 6:3, 6:5
**interrupt**  5:11
**intramuscular**  38:23
**issue**  10:24
**issues [7]** 5:12, 10:16, 15:8, 15:11, 16:8, 19:20, 24:1
**itching [8]** 31:5, 31:14, 31:17, 35:21, 35:22, 35:23, 38:1, 38:5

**J**

**Jason [2]** 2:13, 4:14
**Jason.cheek@usdo**  2:17
**Jimmy [5]** 1:5, 4:4, 7:3, 23:13, 24:12
**July [11]** 20:21, 20:23, 21:2, 22:13, 22:18, 22:25, 23:6, 23:20, 34:13, 34:21, 41:18
**June [19]** 12:6, 12:8, 12:24, 15:16, 15:18, 17:3, 17:7, 17:14, 19:19, 19:25, 20:12, 20:17, 26:20, 26:22, 27:20, 28:18, 29:12, 29:13, 29:17

**K**

**Karen [3]** 1:18, 43:4, 43:15
**Keflex [4]** 9:17, 22:5, 26:17, 39:5
**Kenalog [4]** 22:4, 38:22, 38:25, 39:1
**kept**  41:13
**kin**  43:11
**knee**  33:25
**knowledge**  27:24

**L**

**lacking**  32:14
**laid [2]** 24:5, 32:14
**lapsed**  5:25
**later [5]** 23:24, 23:25, 23:25, 31:4, 39:17
**Law**  2:5
**leg [14]** 9:8, 9:12, 10:4, 10:6, 10:7, 12:25, 13:3, 14:9, 16:22, 18:25, 22:7, 22:7, 27:11, 28:4
**legs [10]** 10:9, 14:4, 14:12, 14:14, 23:22, 24:2, 27:15, 28:2, 32:3, 39:16
**lesion [2]** 18:12, 40:10
**lesions [8]** 30:12, 30:15, 30:24, 35:13, 35:15, 35:16, 35:16, 38:7
**Let's**  24:11
**license [2]** 5:19, 5:23
**licensed**  5:17
**licenses**  5:14
**likely**  34:10
**listened**  21:17
**located**  4:9
**looking [7]** 12:6, 27:24, 29:15, 30:23, 30:24, 34:18, 38:16
**looks [2]** 26:24, 34:19
**loss**  24:2
**low**  13:9
**lower**  33:13
**lungs**  21:17

**M**

**ma'am [11]** 10:14, 10:17, 10:22, 11:7, 11:12, 16:9, 16:12, 16:18, 17:1, 20:2, 21:20
**main**  28:6
**mark**  24:14
**marked [6]** 3:9, 3:15, 24:17, 25:11, 29:7, 34:14
**markedly**  39:11
**Marlowe [40]** 1:5, 4:4, 4:17, 7:3, 7:4, 8:7, 8:11, 9:6, 10:4, 10:12, 10:15, 11:10, 11:21, 12:7, 12:23, 14:3, 15:4, 15:7, 16:16, 16:24, 17:2, 17:9, 17:13, 18:24, 19:6, 19:12, 19:20, 20:11, 20:16, 20:22, 21:1, 21:10, 21:12, 21:21, 22:6, 22:24, 23:5, 23:14, 23:14, 41:9
**Marlowe's [6]** 10:21, 11:1, 12:20, 14:12, 21:15, 22:14
**matter [2]** 4:4, 40:12
**maybe [3]** 6:11, 31:7, 40:14
**means [2]** 31:25, 34:9
**medical [18]** 5:14, 7:11, 7:20, 12:15, 12:16, 18:16, 19:2, 19:10, 19:16, 19:18, 19:18, 20:4, 20:8, 20:15, 23:9, 23:22, 25:23, 36:1
**medication [2]** 25:22, 28:14
**medicine [8]** 5:6, 5:7, 5:8, 5:10, 6:3, 6:5, 6:13, 13:23
**mellitus**  7:24
**memory**  28:22
**mention [11]** 10:25, 19:19, 22:12, 22:18, 28:17, 28:19, 31:17, 31:24
**mentioned [2]** 27:13, 28:25
**mentions [2]** 30:1, 30:3
**Metabolic**  5:12
**milligrams**  9:18
**mine [2]** 7:5, 27:3
**missing**  38:21
**Mmm [7]** 17:8, 24:24, 27:12, 29:11, 35:7, 36:14, 38:2
**moment [3]** 12:19, 24:12, 30:2
**months [2]** 39:17, 41:16
**move [2]** 17:7, 20:21
**muscle [5]** 13:16, 13:20, 27:18, 28:10, 28:15

**N**

**names**  4:11
**necessarily**  24:5
**neck**  16:6
**needed**  16:24
**needle [2]** 18:12, 32:8
**neither**  43:10
**nine**  29:12
**Nizoral [3]** 30:5, 33:4, 40:3
**nobody**  41:1
**nocturnal [4]** 13:3, 14:9, 16:22, 27:17
**noises**  16:5
**None [2]** 3:16, 34:2
**nonsurgical**  5:10
**nor [2]** 43:11, 43:11
**Norco [5]** 9:24, 13:24, 26:18, 28:12, 39:8
**Normally**  14:16
**North**  2:15
**Northern [2]** 1:2, 4:3
**Notary**  43:18
**note [42]** 3:10, 3:11, 3:12, 3:13, 8:24, 10:25, 12:9, 15:10, 16:4, 17:11, 19:9, 19:16, 20:8, 20:25, 22:9, 22:18, 22:22, 24:15, 24:21, 25:1, 25:7, 25:12, 25:18, 25:24, 26:22, 27:25, 29:3, 29:9, 29:15, 30:7, 31:3, 31:16, 32:15, 32:23, 34:6, 34:8, 34:23, 35:1, 35:5, 35:20, 36:6, 37:25
**noted [6]** 10:20, 14:13, 20:6, 22:21, 30:11, 38:13
**notes [13]** 10:18, 11:5, 15:15, 16:7, 16:10, 19:3, 19:18, 19:25, 22:12, 24:13, 34:12, 34:18, 37:23
**nothing [2]** 11:19, 15:25
**notice [2]** 16:3, 32:1
**nowadays**  24:23
**nurse**  24:21
**nursing**  6:13

**O**

**Ob/Gyn**  5:9
**object [2]** 24:4, 32:13
**observed [2]** 16:23, 20:7
**obtained**  26:3
**Obviously**  19:17
**occasion [7]** 28:2, 31:4, 32:5, 34:21, 36:12, 36:15, 37:9
**offered**  3:16
**office [7]** 8:24, 8:24, 9:7, 10:3, 12:24, 17:10, 21:2
**Offices**  2:5
**ones**  7:25
**order**  6:22
**osteoarthritis [3]** 7:23, 8:4, 13:10
**others**  7:24
**otherwise**  36:9
**ought**  32:17

**P**

**p.m [4]** 1:22, 4:9, 41:24, 42:2
**Paige**  2:21
**pain [22]** 9:22, 9:23, 9:24, 10:4, 13:1, 13:9, 13:19, 13:23, 13:24, 14:3, 17:15, 18:25, 21:4, 22:5, 22:7, 28:9, 28:13, 28:14, 29:18, 34:22, 35:20, 39:8
**painful [4]** 17:17, 29:23, 29:25, 34:25
**particular [4]** 8:6, 8:21, 28:18, 28:24
**Particularly**  15:2
**parties**  43:11
**past [2]** 25:22, 25:23
**patient [10]** 7:4, 7:5, 7:7, 7:12, 16:11, 16:21, 22:22, 23:16, 34:23, 36:9
**patient's**  25:18
**patients [3]** 6:8, 6:14, 6:16
**pay [2]** 24:21, 24:25
**pedal [3]** 33:12, 33:16, 33:16
**pediatrics**  5:9
**pedis [2]** 35:25, 36:2
**perfusion [7]** 10:16, 15:8, 15:10, 19:19, 19:24, 22:13, 24:1
**period [2]** 38:3, 40:12
**peripheral**  31:25
**physical [2]** 17:22, 25:19
**physically**  17:25
**physician [2]** 5:8, 28:20
**physicians**  7:14
**piece**  38:14
**Pierce**  5:4
**pill [2]** 9:23, 9:24
**pills [4]** 9:22, 9:24, 13:19, 22:5
**Pinson [5]** 1:15, 4:7, 4:22, 5:4, 41:25
**Plaintiff [2]** 1:7, 2:3
**Plaintiff's [8]** 3:9, 24:14, 25:11, 26:25, 28:19, 29:8, 29:13, 34:14
**plan [2]** 25:24, 25:25
**plantar [6]** 17:16, 17:19, 17:20, 29:18, 29:19, 32:6
**please**  4:11
**podiatrist [7]** 18:19, 18:22, 32:11, 32:15, 32:21, 32:23, 37:11
**point [2]** 33:2, 38:8
**pointing**  12:3
**Popliteal [2]** 34:1, 34:2
**pose**  6:25
**possible [4]** 36:19, 36:21, 37:2, 37:6
**Posterior [2]** 33:21, 33:22
**prac**  41:7
**practice [3]** 5:10, 6:10, 7:1
**practiced**  6:1
**preparation**  39:1
**prescribe**  13:21
**prescribed [2]** 30:4, 39:5
**prescription**  9:20
**prescriptions**  9:25
**present [4]** 2:21, 4:10, 6:22, 15:2

*presented* 26:15
*pressure* 14:16
*presumably* 13:24
*previous [4]* 13:12, 26:3, 26:5, 27:2
*probably [6]* 6:15, 6:18, 7:24, 18:7, 34:6, 36:22
*problem [7]* 22:17, 24:10, 24:16, 26:12, 31:19, 36:12, 40:19
*problems [7]* 18:23, 20:1, 20:7, 22:13, 27:13, 27:14, 28:21
*Procedure* 1:18
*profession* 5:5
*properly* 24:5
*providers* 18:17
*pulled* 7:19
*pulse [3]* 33:13, 33:16, 33:16
*pulses [4]* 16:5, 28:1, 33:12, 37:22
*pursuant* 1:17
*putting* 41:7

### Q

*qualified* 18:22
*quick* 25:9
*quickly* 17:11
*quite [2]* 21:25, 23:17
*quote [2]* 35:5, 35:5

### R

*rash [3]* 11:1, 21:8, 33:1
*rather [2]* 32:8, 32:21
*reach* 17:21
*reading [4]* 35:3, 35:12, 36:6, 36:7
*real* 25:5
*really [4]* 7:2, 30:11, 32:18, 34:25
*reason [3]* 20:4, 27:22, 33:6
*received [2]* 29:8, 33:5
*recollect [2]* 29:2, 32:10
*recollection [7]* 8:11, 8:17, 10:19, 12:10, 12:14, 17:9, 32:22
*record [14]* 5:1, 7:11, 7:20, 8:9, 8:14, 8:24, 12:15, 12:16, 12:19, 14:5, 14:6, 19:16, 37:14, 41:25
*recorded [2]* 14:7, 19:2
*records [6]* 8:12, 19:10, 19:18, 20:8, 26:3, 26:5
*recurrent* 13:1
*red [4]* 25:12, 26:23, 29:14, 34:17
*refer [11]* 11:10, 11:21, 16:16, 17:2, 20:11, 20:16, 22:24, 23:5, 27:17, 33:11, 37:8
*reference* 33:3
*referenced [2]* 28:18, 37:23
*referred [3]* 16:24, 21:7, 24:13
*referring [5]* 7:10, 8:12, 24:15, 29:20, 32:11
*refresh [3]* 8:17, 10:19, 12:14
*regularly* 28:23
*related* 36:12
*relaxant* 13:16
*relaxer [3]* 13:20, 28:10, 28:15
*removed* 39:16
*renal* 5:13
*renewal* 14:1
*renewed* 9:20
*repeat [2]* 14:21, 15:21
*Reporter [3]* 1:19, 14:20, 14:24

*represent [2]* 4:11, 23:13
*represents [2]* 4:25, 43:8
*reschedule* 6:21
*response* 40:11
*rest* 25:25
*restrict* 6:14
*result [2]* 23:25, 43:12
*resulted* 24:2
*return* 39:10
*review [3]* 9:2, 12:18, 25:9
*reviewed* 10:19
*ringworm [3]* 35:5, 37:18, 38:4
*room* 14:10
*rubbed [3]* 38:15, 38:16, 38:17
*Rules* 1:17
*ruptured* 38:20

### S

*SAITH* 42:1
*Sarah [3]* 2:12, 4:12, 4:24
*Sarah.wilson2@us* 2:18
*saying [3]* 29:2, 36:24, 37:2
*says [8]* 7:8, 18:3, 18:12, 32:15, 35:1, 35:6, 35:8, 35:17
*scalpel [2]* 18:13, 32:7
*scratched* 38:17
*secondary [2]* 36:20, 37:3
*seeing [6]* 8:7, 8:11, 12:7, 17:13, 20:22, 23:19
*seemed* 31:22
*seven* 35:9
*several [3]* 35:15, 35:16, 39:18
*severe [5]* 34:24, 35:13, 35:16, 40:10, 40:18
*Shelby [3]* 23:22, 39:14, 43:3
*short* 40:12
*shortly* 23:19
*shouldn't* 36:23
*sides* 14:19
*skin [8]* 9:14, 21:7, 21:8, 21:8, 32:25, 38:11, 38:14, 38:21
*sleep [2]* 9:21, 14:2
*social* 25:23
*socks [2]* 27:22, 41:7
*sole* 29:20
*somebody* 24:25
*somewhere* 9:9
*sore* 34:25
*soreness [2]* 21:4, 34:22
*sores* 35:13
*sorry [3]* 13:7, 15:18, 16:2
*South [4]* 2:6, 5:17, 5:22, 6:1
*Southern [2]* 1:3, 4:3
*speak* 14:20
*specialist [2]* 32:18, 37:13
*specializes* 5:8
*specifically [4]* 8:14, 17:13, 31:24, 32:10
*Spring* 1:20
*started* 35:4
*starts* 40:6
*state [7]* 4:11, 5:2, 5:2, 5:17, 5:18, 35:11, 43:2
*states [9]* 1:1, 1:11, 2:14, 4:2, 4:5, 4:13, 4:15, 5:1, 35:4
*status* 12:1
*Stenotype* 43:6
*steroid* 22:3
*Steve [2]* 4:16, 23:13
*Steven* 2:4
*steventipler@gma* 2:8

*street [2]* 1:20, 2:6
*struck [2]* 9:9, 10:6
*subcutaneous* 9:14
*suggest* 37:11
*Suite [2]* 1:20, 2:6
*supposed* 31:21
*surgeon [6]* 11:11, 16:17, 16:25, 20:12, 22:25, 37:12
*surgery* 5:9
*surgical* 25:23
*Suspect* 14:9
*swear* 4:18
*swelling [3]* 14:14, 15:3, 32:1
*sworn* 4:20
*Sylacauga [2]* 1:21, 4:10
*symptomatically* 40:22
*symptoms [4]* 10:13, 12:3, 15:5, 19:7

### T

*taken [3]* 1:17, 32:19, 43:5
*takes* 14:2
*taking* 4:23
*Tape* 41:24
*telling [2]* 27:23, 41:9
*ten [4]* 9:18, 39:5, 40:14, 41:3
*tenderness [2]* 17:15, 29:18
*term* 36:1
*testifies* 4:20
*testify* 6:23
*thank [5]* 4:22, 8:5, 23:10, 26:4, 39:20
*there's [6]* 11:19, 15:2, 16:14, 31:16, 33:19, 35:21
*thereto* 43:7
*they're* 26:4
*thing [2]* 24:19, 37:1
*thinking* 38:4
*Thursday* 1:21
*tibia* 14:16
*tibial [2]* 33:21, 33:22
*Tinea [2]* 35:25, 36:2
*tip* 38:10
*Tipler [19]* 2:4, 2:5, 3:5, 4:16, 4:16, 8:1, 8:5, 23:12, 23:13, 24:9, 24:24, 25:16, 26:2, 28:8, 34:11, 37:16, 38:19, 39:19, 41:22
*tips* 35:13
*tissues* 9:15
*Tizanidine* 13:22
*today [3]* 4:7, 4:23, 34:24
*Today's* 4:8
*toe [7]* 17:16, 17:20, 18:3, 18:7, 21:24, 29:19, 38:10
*toes [9]* 30:12, 30:16, 30:18, 30:22, 30:24, 30:25, 35:13, 40:5, 40:7
*top [3]* 33:17, 35:14, 35:17
*total* 9:24
*transcribed* 43:7
*transcript* 43:8
*translation [2]* 25:1, 25:3
*treat [9]* 7:21, 9:16, 9:19, 13:14, 13:15, 18:9, 18:9, 18:22, 22:2
*treated* 9:17
*treating* 7:22
*treatment [4]* 18:14, 28:7, 28:10, 40:1
*treatments* 10:1
*trial* 6:23
*tried* 32:5
*trimmed* 18:11
*trouble* 6:25
*true* 43:8

*turn* 12:5
*twenty* 9:24
*twenty-five* 6:19
*twice* 35:9
*type [4]* 21:25, 25:19, 36:5, 36:8
*typical [2]* 27:4, 40:1
*typically [2]* 30:18, 40:5

### U

*Uh-uh [2]* 29:4, 34:4
*ulcerations* 38:9
*ulcerative* 38:7
*underside* 29:21
*understanding* 24:7
*United [8]* 1:1, 1:11, 2:14, 4:2, 4:5, 4:13, 4:15, 5:1
*unless [2]* 14:18, 41:6
*unusual* 24:10
*upon* 43:9
*using [6]* 31:21, 35:9, 36:5, 36:7, 36:9, 41:18
*usual* 13:5
*usually [8]* 6:19, 14:18, 14:25, 15:1, 29:20, 36:4, 40:6, 40:11

### V

*VA [6]* 28:23, 30:3, 33:5, 33:10, 41:10, 41:14
*VA's* 30:2
*varies* 6:18
*vascular [10]* 11:10, 11:19, 11:25, 12:1, 16:16, 16:25, 20:11, 22:24, 37:12, 37:12
*vessels [2]* 15:25, 16:1
*veterans [2]* 28:20, 28:21
*Videographer [4]* 2:21, 4:1, 4:18, 41:23
*videotaped [2]* 1:15, 4:1
*Virginia* 23:14
*visit [25]* 10:3, 10:8, 10:10, 12:20, 18:24, 22:6, 23:20, 24:12, 25:19, 27:2, 28:13, 28:17, 28:18, 28:18, 28:24, 29:9, 29:13, 31:7, 31:9, 33:13, 34:3, 34:13, 34:20, 41:18, 41:19
*visited [3]* 9:6, 12:23, 21:1
*visiting* 17:10
*visits [4]* 26:3, 31:4, 34:5, 34:16
*vitals* 25:22

### W

*walking [4]* 10:4, 14:4, 18:25, 22:7
*Walter [3]* 1:15, 4:7, 5:4
*wants* 24:22
*wart* 17:19
*Wayne [3]* 1:5, 4:4, 7:3
*we'd* 38:5
*we're [5]* 7:22, 12:6, 20:21, 32:16, 41:22
*week [6]* 6:12, 18:19, 32:17, 35:3, 39:10, 41:19
*weeks [3]* 23:21, 41:3, 41:15
*weren't* 30:1
*West* 1:20
*what's [8]* 5:5, 29:7, 29:14, 33:24, 34:14, 35:24, 36:1, 40:1
*whatever [4]* 31:19, 32:6, 38:18, 38:20

*whether* 30:20
*whom* 4:11
*wife* 4:17
*Wilson [20]* 2:12, 3:4, 4:12, 4:12, 4:21, 4:25, 9:2, 12:18, 13:6, 15:18, 15:20, 16:2, 17:7, 20:24, 23:10, 24:4, 32:13, 39:22, 39:25, 41:21
*within [2]* 23:21, 41:3
*witness [3]* 4:7, 4:18, 43:9
*worse* 35:10
*wouldn't* 40:22
*wrong [3]* 25:10, 35:12, 36:7

### X

*Xanax [2]* 9:20, 14:1

### Y

*yeah [17]* 6:24, 13:13, 26:4, 27:3, 27:3, 27:5, 27:8, 30:19, 32:25, 33:21, 33:23, 36:22, 36:25, 37:25, 38:9, 39:15, 39:17
*yesterday* 8:15
*you'd* 40:21
*yours [4]* 7:4, 7:7, 7:13, 23:16

### Z

*Zanaflex* 13:22