FILED
2018 Dec-03 AM 10:23
U.S. DISTRICT COURT
N.D. OF ALABAMA

# Attachment 12

Dr. Pinson Note of June 11, 2014

Filed Under Seal Pursuant to Order of November 13, 2018, (ECF No. 29).