FILED

2018 Dec-03  AM 10:23
U.S. DISTRICT COURT
N.D. OF ALABAMA

# Attachment 15

Dr. Pinson Note of July 16, 2014

Filed Under Seal Pursuant to
Order of November 13, 2018,
(ECF No. 29).