FILED
2018 Dec-03 AM 10:23
U.S. DISTRICT COURT
N.D. OF ALABAMA

# Attachment 16

Dr. Bourgeois Note of July 31, 2014

# Filed Under Seal Pursuant to Order of November 13, 2018, (ECF No. 29).