# Attachment 17

Plaintiff's Rule 26 Expert Disclosures

# Cheek, Jason (USAALN)

| | |
|---|---|
| **From:** | Steven Tipler <steventipler@gmail.com> |
| **Sent:** | Monday, April 02, 2018 3:18 PM |
| **To:** | Cheek, Jason (USAALN) |
| **Subject:** | Fwd: Attached Image re MARLOWE |
| **Attachments:** | 1660_180402154928_001.pdf; ATT00001.htm |

Jason,
Attached is the report of my retained expert, Dr. Jerry McLane, regarding Jimmy Marlowe.
Also attached is Dr. Taylor's report, which you already have. I would expect Dr. Taylor to testify consistent with what is in his report and in his Shelby Medical Center records, which you already have, and to say that, if he could have seen Jimmy back in the spring time when his feet looked liked they did in the March 14 photos and he still had a pedal pulse, although decreased or diminished, he most likely or probably could have saved Jimmy's legs. He is of the opinion that another vascular specialist could have done the same. Dr. Taylor is a subsequent treating physician and is not a specially retained or employed expert.
Have a good remainder of your day.
Steve


Steven D. Tipler
steventipler@gmail.com

TIPLER LAW OFFICES
104 23rd. Street South, Suite 100
Birmingham, Alabama 35233

Tel (205) 328-6800
Fax (205) 328-6805

www.tiplerlawoffices.com


> Begin forwarded message:
>
> **From:** "TLO Cannon" <tipler@bellsouth.net>
> **Subject: Attached Image**
> **Date:** April 2, 2018 at 3:49:28 PM CDT
> **To:** "Steve" <steventipler@gmail.com>

1

Re: Jimmy Wayne Marlowe/Veterans Administration

    I, Jerry Thomas McLane, M.D., am an internist at UAB Medical West in Bessemer, presently with offices at 915 Medical Center Drive in Bessemer. My Curriculum Vitae is attached.

    Regarding the Jimmy Marlowe matter, I have reviewed the deposition of Dr. Cumagun, along with the six (6) exhibits to that deposition which include: 1), 2), & 3), three photographs of Mr. Marlowe's left lower extremity taken, I understand, on March 14, 2014, 4) the Sylacauga VA Medical Clinic records concerning Mr. Marlowe from, it appears, March 6 through November 28, 2014, 5) Dermatologist Dr. Henderson's office note of 7/9/14, 6) Dermatologist Dr. Bourgeois' office note of 7/31/13. I have also been told, and considered, the following: [1] that on March 14, 2014, Mr. Marlowe's right foot looked much the same as his left, as seen in the three photos, but that under his toenails on his right foot, it was a darker red, [2] that Mr. Marlowe had diabetes and his INR was often subtheraputic (INR goal: 2.0-3.0), and on 3/6/14, it was 3.8 and on 4/9/14, it was 1.9, according to the VA records, [3] that in addition to seeing Dr. Cumagun at the VA clinic in Sylacauga on 3/14/14, (A) Mr. Marlowe saw a Dr. Pinson on 6/2/14, it appears primarily for leg cramps that were assumed to be, or diagnosed as, "nocturnal muscle cramps," (B) he saw Dr. Pinson on 6/11/14 who thought he had what looked like a "plantar wart" or "lesion" on his left big toe and trimmed and debrided it and told him he might need to see a dermatologist or podiatrist, (C) and, he saw Dr. Pinson again on 7/16/14 who thought he had "severe dermatitis on his feet" or "possible fungal dermatitis. . ." after Mr. Marlowe told him that Dermatologist Dr. Henderson had told him it was "ringworm," [4] that Mr. Marlowe says that neither Dr. Pinson (family physician) or Dr. Henderson (dermatologist) checked the pulses in Mr. Marlowe's feet, legs or groin area, [5] that Dr. Cumagun did not check for the pulse in the groin, behind the knee or behind his ankle bone [6] that on 7/31/14, Dermatologist Dr. Bourgeois immediately sent Mr. Marlowe to Shelby Baptist Hospital and asked for a vascular consult, [7] that the vascular surgeon, after having the appropriate studies performed (CT angiogram, arteriogram, etc.), determined Mr. Marlowe suffered with "significant tibioperoneal occlusive disease bilaterally," that he then attempted revascularization with a below the knee popliteal artery to dorsalis pedis artery bypass, that the attempts at revascularization were unsuccessful, and both of Mr. Marlowe's lower extremities above the knee had to be amputated between August 11 and October 7, 2014.

    It is my opinion, knowing what happened and did not happen from my review and study of what is referenced above, and based on my training and many years of experience as an internist, that Dr. Cumagun did not follow the standard of care on March 14, 2014. The standard of care was to refer the patient to a vascular specialist or, at least, send the patient for an arterial do̶p̶l̶a̶r̶ doppler after it was determined that he had a decreased, but, not absent, pedal pulse in both feet

and his feet looked as they did in the photographs, exhibits 1), 2) and 3). Dr. Cumagun did not do either and this was a deviation from the standard of care.

[handwritten margin note: "Also question as to symptom pain unless with walk surgery claudication"]

I am also of the opinion, had Dr. Cumagun followed the standard of care, as outlined above, that the cause of the decreased perfusion or blood flow could have been determined and remedied by either angioplasty, with or without a stent, or with bypass surgery. Either way, the patient, Mr. Marlowe, would not have lost his legs.

[handwritten insertion: "with early revascularization"]

I have not been involved in any other medical negligence cases in the last four years where I have testified at trial or in a deposition as an expert witness.

I am charging Mr. Tipler $300 per hour for my time in this case.

_Jerry T. McLane MD_
Jerry Thomas McLane, M.D.

May 9, 2016

RE: Jimmy Marlow
DOB: 12/02/1933

I first became involved with Mr. Marlow on July 31, 2014 when he was admitted to Shelby Baptist Hospital with wounds on both lower extremities. He was admitted from a local dermatology clinic and I was consulted to help provide vascular surgery services. At that time he was an 80 year old gentleman who had suffered from worsening bilateral lower extremity wounds for the last several weeks. His wounds had worsened to the point where he required hospitalization. When I initially saw him he had gangrenous changes to both feet, the right being worse than the left. He had clinic evidence of decreased perfusion to both feet. For this reason a vascular workup was instituted while he was maintained on continuous heparin infusion. CT angiogram revealed significant tibioperoneal occlusive disease bilaterally. Formal angiogram performed by me on August 4 confirmed significant occlusive disease in all tibial vessels consistent with embolization. Further preoperative workup was undertaken and two days later on August 6 he was taken to the operating room for an attempt at revascularization. He underwent a below the knee popliteal artery to dorsalis pedis artery bypass with vein. At the time of the surgery his dorsalis pedis artery showed evidence of chronic thrombus and was deemed very marginal for outflow. As predicted, his vein bypass failed and on August 11 he was taken to the operating room for a right below the knee amputation. He was ultimately discharged but returned with poor healing amputation stump. On September 15 his right below the knee amputation was revised to an above the knee amputation. During this whole process we were following his left lower extremity tissue loss expectantly. This predictably began to worsen. He underwent a repeat arteriogram with hopes of finding some distal vessel to bypass to. This angiogram was performed on October 7, 2015. Unfortunately, this showed no patent vessel below the level of the ankle. For this reason a decision was made to perform a primary above the knee amputation on the left. This healed appropriately and the patient has subsequently been discharged from my care.

Steven M. Taylor, M.D.
SMT/sgj