# Attachment 21

United States' First Set of Requests for Admissions

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| JIMMY WAYNE MARLOWE *et al.*,<br><br>    Plaintiffs,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>    Defendant. | CIVIL ACTION NO.<br>1:17-CV-00309-VEH |

UNITED STATES' FIRST SET OF
REQUESTS FOR ADMISSION

Pursuant to Rule 36 of the Federal Rules of Civil Procedure, the United States of America, by counsel, requests that the Plaintiff submit, by electronic mail, full and complete responses to the following requests for admission to the United States' counsel, Jason R. Cheek, Assistant U.S. Attorney, jason.cheek@usdoj.gov.  Pursuant to Rule 36(a)(3) of the Federal Rules of Civil Procedure, Plaintiff is required to serve responses within thirty (30) days after service of this request.

REQUESTS FOR ADMISSION

REQUEST FOR ADMISSION 1.

Admit that Plaintiffs do not seek compensation for any medical expenses in this case.

REQUEST FOR ADMISSION 2.

Admit that Plaintiffs do not seek compensation for any lost income in this case.

REQUEST FOR ADMISSION 3.

Admit that Plaintiffs are only seeking to recover non-economic damages in this case.

REQUEST FOR ADMISSION 4.

Admit that, between March 15, 2014 and July 31, 2014, Mr. Marlowe only received his Warfarin and/or Coumadin medications through a service provided by the U.S. Department of Veterans Affairs.

REQUEST FOR ADMISSION 5.

Admit that, between March 15, 2014 and July 31, 2014, Mr. Marlowe did not have his INR measured by any medical providers other than those employed by the U.S. Department of Veterans Affairs.

REQUEST FOR ADMISSION 6.

Admit that Mr. Marlowe did not schedule or attempt to schedule any medical appointments with Dr. Cumagun between March 15, 2014 and October 10, 2014.

REQUEST FOR ADMISSION 7.

Admit that Mr. Marlowe did not attend any medical appointments with Dr. Cumagun between March 15, 2014 and October 10, 2014.

REQUEST FOR ADMISSION 8.

Admit that Mr. Marlowe did not have any discussions about any medical condition with Dr. Cumagun between March 15, 2014 and October 10, 2014.

Date:  April 4, 2018                                Respectfully submitted,

                                                    JAY E. TOWN
                                                    UNITED STATES ATTORNEY

                                                    /s/ Jason R. Cheek
                                                    Jason R. Cheek
                                                    Assistant U.S. Attorney
                                                    U.S. Attorney's Office
                                                    1801 Fourth Avenue North
                                                    Birmingham, Alabama 35203
                                                    (205) 244-2104
                                                    (205) 244-2181 (fax)
                                                    jason.cheek@usdoj.gov

CERTIFICATE OF SERVICE

I hereby certify that on April 4, 2018, I sent, by electronic mail, the foregoing First Set of Requests for Admissions to the following counsel of record:

Steven D. Tipler
TIPLER LAW OFFICES
104 23rd Street S. Ste 100
Birmingham, AL 35233
205-328-6800
Fax: 205-328-6805
steventipler@gmail.com

Robert W. Shores
ROBERT W. SHORES PC
517 Beacon Parkway West
Birmingham, AL 35209
205-212-5572
Fax: 205-943-9338
rwslaw1@aol.com

Respectfully submitted,

/s/ Jason R. Cheek
Jason R. Cheek
Assistant U.S. Attorney

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

JIMMY WAYNE MARLOWE, et al.,

    Plaintiffs,

vs.

UNITED STATES OF AMERICA,

    Defendant.

CIVIL ACTION NO.
1:17-CV-00309-VEH

## PLAINTIFFS' RESPONSE TO REQUEST FOR ADMISSIONS

Plaintiffs respond to Defendant's April 4, 2018 requests for admissions as follows:

1. Admitted.
2. Admitted.
3. Admitted.
4. Cannot admit or deny because not sure, really don't remember.
5. Cannot admit or deny because not sure, really don't remember.
6. Admitted.
7. Admitted.
8. Cannot admit or deny because do not remember.

*/s/ Jimmy Wayne Marlowe by ST*
JIMMY WAYNE MARLOWE

*/s/ Virginia Marlowe by ST*
VIRGINIA MARLOWE

## CERTIFICATE OF SERVICE

I hereby certify that on April 24, 2018, I sent, by electronic mail, the above and foregoing to counsel of record:

Jason R. Cheek
Assistant U.S. Attorney
U.S. Attorney's Office
1801 Fourth Avenue North
Birmingham, Alabama 35203
(205) 244-2104
(205) 244-2181 (fax)
jason.cheek@usdoj.gov

Robert W. Shores
ROBERT W. SHORES PC
517 Beacon Parkway West
Birmiongham, Alabama 35209
(205) 212-5572
(205) 943-9338 (fax)
rwslaw1@aol.com

 _____
 Steven D. Tipler
 Tipler Law Offices
 104 23rd Street South, Suite 100
 Birmingham, AL 35233
 205-328-6800
 205-328-6805 (fax)
 *steventipler@gmail.com*

 Attorney for Plaintiffs