FILED
2019 Jan-23  PM 03:15
U.S. DISTRICT COURT
N.D. OF ALABAMA

IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| JIMMY WAYNE MARLOWE *et al.*, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | CIVIL ACTION NO. |
| v. ) | 1:17-CV-00309-ACA |
| ) | |
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Defendant. ) | |

### **PLAINTIFFS' MOTION TO FILE SUPPLEMENTAL AUTHORITY IN SUPPORT OF PLAINTIFFS' BRIEF IN OPPOSITION TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**

Plaintiffs, Jimmy Wayne Marlowe and Virginia Marlowe, by and through their undersigned counsel, file this motion requesting leave from the Court to supplement the authority cited in Plaintiffs' Brief in Opposition to Defendant's Motion for Summary Judgment [Doc 30-1].

In support of this Motion, Plaintiffs show the Court as follows:

1. Defendant filed a Motion for Summary Judgement [Doc. 30] on December 3, 2018.

2. In accordance with the Courts briefing schedule [Doc. 32] Plaintiffs filed their response [Doc 33], evidentiary materials [Doc. 34], and supporting brief by December 28, 2018 [Doc. 35].

3. On Motion by Defendant [Doc. 36] the Court stayed the proceedings effective January 4, 2019 because of the continuing government shutdown [Doc. 37].

4. By the January 18, 2019 issue of Alabama Law Weekly, Plaintiffs' counsel of record became aware of <u>Hamilton v. Scott, No. 1150377 Ala. March 9, 2018</u>, a more recent unpublished opinion by the Alabama Supreme Court directly related to the subject and Plaintiff's theory of this case.

5. In <u>Hamilton</u>, the Plaintiff's theorized had the doctor followed the standard of care and ordered referral to a perinatologist, certain procedures could have been performed to possibly ameliorate the effects of the virus that ultimately terminated Plaintiff's pregnancy.  Plaintiff's expert could not state conclusively the procedure would have prevented the death but could state that the referral would have placed the Plaintiff in a better position and that created a question for the jury.

6. Plaintiffs' believe the recent case provides a more thorough discussion of the law with regard to causation of injury than the cases previously cited.

7. Plaintiffs' believes adding this supplemental authority could assist the Court in deciding the issue of this case.

8. Because of the Stay, Defendant has not yet filed a reply brief and will not be prejudiced by Plaintiffs' supplementation.

9. Because of the government shutdown, Plaintiffs were unable to contact Defendants to determine if this motion would be opposed.

10. Plaintiffs have attached a fully copy of the slip opinion as Exhibit "1" with highlighted relevant portions.

Plaintiffs request this Court GRANT Plaintiff's Motion to File Supplemental Authority and take judicial notice of the case opinion attached as Exhibit 1 in consideration of Plaintiffs' Brief in Opposition to Summary Judgment [Doc. 35].

Respectfully submitted, this 23rd day of January, 2019.

/s/ Steven D. Tipler
Attorney for Plaintiffs

Of Counsel:
Tipler Law Offices
104 23rd Street South, Suite 100
Birmingham, AL 35233
Tel.: (205) 328-6800
Fax: (205) 328-6805
steventipler@gmail.com

CERTIFICATE OF SERVICE

I hereby certify that on January 23rd, 2019, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following counsel of record:

Jason R. Cheek
Assistant U.S. Attorney
U.S. Attorney's Office
jason.cheek@usdoj.gov

/s/ Steven D. Tipler
Steven D. Tipler
Attorney for Plaintiffs

3