IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| JIMMY WAYNE MARLOWE *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES OF AMERICA, <br><br> Defendant. | CIVIL ACTION NO. <br> 1:17-CV-00309-ACA <br><br> UNOPPOSED |

DEFENDANT UNITED STATES'
MOTION TO RESET PRETRIAL CONFERENCE

Comes now the United States of America, by and through Jay E. Town, U.S. Attorney for the Northern District of Alabama, and Jason R. Cheek, Assistant U.S. Attorney, and hereby requests that the Court reschedule the Pretrial Conference to April 5, 2019.

On March 13, 2019, the Court entered an order setting the Pretrial Conference for April 3, 2019.  (ECF No. 49.)  The undersigned counsel is scheduled to be out of the state for work from March 31, 2019 through April 4, 2019.  The undersigned has consulted with counsel for Plaintiffs' about potential dates for rescheduling the conference.  Plaintiffs' counsel has indicated that he is available on April 5, 2019, but that he has a two-week trial that is set to begin on April 8, 2019.  As a result, the United States respectfully requests that the Pretrial

Conference be reset to April 5, 2019.  Plaintiffs' counsel does not oppose this request.

Date:  March 15, 2019					Respectfully submitted,

							JAY E. TOWN
							UNITED STATES ATTORNEY

							<u>/s/ Jason R. Cheek</u>
							Jason R. Cheek
							Assistant U.S. Attorney
							U.S. Attorney's Office
							1801 Fourth Avenue North
							Birmingham, Alabama 35203
							(205) 244-2104
							(205) 244-2181 (fax)
							jason.cheek@usdoj.gov